UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Juan Lopera, Marlon Giraldo, Mauricio Espinal, Hector Cardona, Marlon Giraldo, Steven Giraldo, William Ruiz, Predro Hernandez, Luis E. Ardila-Lazaro, by and through his parents and next friends, Luis Ardila and Hziel Ardila; Brian Ocampo, by and through his parent and next friend, Alba Jaramillo; Stephen Patino, by and through his parent and next friend, Lilian Giraldo; Joulder Salazar, by and through his parents and next friends Youlder Salazar and Martha Duran; Milton Ricuarte, Jr., by and through his parents and next friends, Milton Ricuarte Sr. and Elizabeth Rivera,

*Plaintiffs,*

vs.

TOWN OF COVENTRY, by and through its Treasurer, Warren West; Kevin P. Harris, in his individual capacity and in his capacity as police officer for the Town of Coventry, Kevin Kennedy, in his individual capacity and in his capacity as a police officer for the Town of Coventry, David Nelson, in his individual capacity and in his capacity as a police officer for the Town of Coventry, Stephen A. Michailides, in his individual capacity and in his capacity as a police officer for the Town of Coventry; and Brian O'Rourke, individually and in his capacity as the former Chief of Police for the Town of Coventry, and Ronald E. DaSilva, individually and in his capacity as Chief of Police for the Town of Coventry,

*Defendants.*

C.A. No. 08-123S

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esquire (2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, Town of Coventry, by and through its Treasurer, Warren

West; Kevin P. Harris, in his individual capacity and in his capacity as police officer for the Town of Coventry, Kevin Kennedy, in his individual capacity and in his capacity as a police officer for the Town of Coventry, David Nelson, in his individual capacity and in his capacity as a police officer for the Town of Coventry, Stephen A. Michailides, in his individual capacity and in his capacity as a police officer for the Town of Coventry; and Brian O'Rourke, individually and in his capacity as the former Chief of Police for the Town of Coventry, and Ronald E. DaSilva, individually and in his capacity as Chief of Police for the Town of Coventry.

Defendants,
By their attorney,

*/s/ Marc DeSisto*

Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on April 24, 2008, that it is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

srobinson@smrobinsonlaw.com
vbejma@smrobinsonlaw.com

*/s/ Marc DeSisto*

Marc DeSisto