**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Juan Lopera, et al.** | | |
| **his parent and next friend, Lilian Giraldo;** | **:** | **C.A. No: 08-123** |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **TOWN OF COVENTRY, et al.** | **:** | |

**STIPULATION**

It is hereby stipulated by and between the parties that Attorney Marc DeSisto is authorized to and does accept service of the Summons and Complaint in the above-captioned matter on behalf of Defendant Brian O'Rourke, and that said service will be deemed to comply with all applicable statutes and court rules.

/s/ Vicki J. Bejma
Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-5353
fax 331-7373
June 12, 2008
vbejma@smrobinsonlaw.com

/s/ Marc DeSisto
Marc DeSisto #2757
211 Angell Street
P.O. Box 2563
Providence, RI 02906
(401) 272-4442
fax 272-9937
June 12, 2008
marc@desistolaw.com