**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Juan Lopera, et al.** | | |
| **his parent and next friend, Lilian Giraldo;** | **:** | **C.A. No: 08- 123** |
| | **:** | |
| **vs.** | **:** | |
| | **:** | |
| **TOWN OF COVENTRY, et al.** | **:** | |

## MOTION FOR CONTINUANCE

Now come the Plaintiffs, and hereby move for a continuance of the Settlement Conference, currently scheduled for July 1, 2008. In support of said Motion, Plaintiffs aver that there are scheduling and logistic problems making the July 1, 2008 date impossible. There are over ten plaintiffs in this matter, not all of whom have a sufficient command of the English language to participate effectively in a settlement conference on their own behalf. In order to facilitate a settlement conference, it thus became necessary to appoint a representative. That representative is leaving the area for a vacation that had been planned prior to notice of the settlement conference date, and will not be returning until July 8, 2008. Accordingly, the Plaintiffs respectfully request a continuance of the settlement conference in order to allow their representative to appear.[1] Plaintiffs have consulted with opposing counsel, who indicates that they have no objection to this request.

[1] Plaintiffs had called the Court Clerk regarding the request for this continuance earlier, and attempted to file, but for some unknown reason the filing was not completed.

Plaintiffs,
By their attorney,

________________________

Vicki J. Bejma #6498
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-5353
fax 331-7373
June 30, 2008

**CERTIFICATION**

I, the undersigned, hereby certify that on June 30, 2008 I sent a true copy of the within by electronic filing to all of the parties below: Marc DeSisto, Esq., 211 Angell Street, P.O. Box 2563, Providence, RI 02906.

/s/ Vicki J. Bejma