UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OCAMPO, et al.<br>*Plaintiffs,*<br>vs.<br>TOWN OF COVENTRY, et al.<br>*Defendants.* | C.A. No. 08-123S |

**STIPULATION**

It is hereby stipulated by and between the parties that the answer filed on April 24, 2008 will suffice as the answer of defendants, Brian O'Rourke and Kevin Kennedy, even though, while naming these defendants, the answer predated the service of summons being made upon each of them.

Plaintiffs,
By their Attorney,

*/s/ Vicki Bejma*
Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
vbejma@smrobinsonlaw.com

Defendants,
By their Attorney,

*/s/ Marc DeSisto*
Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@desistolaw.com