AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

JUAN LOPERA, et al.

V.

TOWN OF COVENTRY, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: C.A. No: 08 123S

TO: (Name and address of Defendant)

Stephen A. Michailides
Coventry Police Department
1075 Main Street
Coventry, RI 02816

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen M. Robinson, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

4-8-08

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4-9-08 |
| --- | --- |
| NAME OF SERVER (PRINT) Ronald Tursw | TITLE USDC [illegible] |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent on duty [illegible]

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| — | 45 — | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-9-08
Date

[signature]
*Signature of Server*

PUBC + 75 [illegible]
*Address of Server*

X [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.