UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| OCAMPO, et al.<br>*Plaintiffs,*<br>vs.<br>TOWN OF COVENTRY, et al.<br>*Defendants.* | C.A. No. 08-123S<br>**DRAFT** |

**STIPULATION**

It is hereby stipulated by and between the parties that the Plaintiffs shall have up to and including September 11, 2008, to file their objections and responses to the Defendants' Interrogatories on the above-captioned matter.

Plaintiffs,
By their Attorney,

*/s/ Vicki Bejma*
Vicki J. Bejma, Esq.
The Law Offices of Stephen M. Robinson
155 South Main Street, Suite 402
Providence, RI 02903
vbejma@smrobinsonlaw.com
August 25, 2008

Defendants,
By their Attorney,

*/s/ Marc DeSisto*
Marc DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
marc@desistolaw.com
August 25, 2008